UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-006 JVS (RNBx) | Date | January 15, 2010 |
| Title | Rodriguez v. Garden Grove Police Station, | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order to Show Cause re Jurisdiction

      Garden Grove Police Station ("Garden Grove Police Station") removed the present action from the Superior Court of the State of California, County of Orange, invoking federal question jurisdiction, 28 U.S.C. § 1331.  (Notice of Removal, ¶ 3.)

      Plaintiff Andres Rodriguez ("Rodriguez") has pled no federal statutory or common law federal claim, and it clear that the facts pled would establish one or more claims under California law.  What Garden Grove Police Station believes Rodriguez might be alleging is not sufficient to establish a federal claim.  (Notice of Removal, ¶ 1.)

      Generally, a plaintiff is entitled to be the master of his complaint, and if he so chooses, he may seek relief only under state statutory or common law.  Caterpillar Inc. v. Williams, 482 U.S. 386, 392 (1987).  Here Rodriguez seeks no federal relief.  There is no federal question jurisdiction.

      Garden Grove Police Station is ordered to show cause in writing within ten days why this case should not be remanded to state court for want of jurisdiction.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |