JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-006 JVS (RNBx) | Date | January 21, 2010 |
| Title | Rodriguez v. Garden Grove Police Station, | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)   Order Remanding Action to the Superior Court of the State of California, County of Orange

      On January 15, 20010, Garden Grove Police Station ("Garden Grove") was ordered to show cause in writing within ten days why this case should not be remanded to state court for want of jurisdiction. (Docket No. 5.) The Court noted that plaintiff Andres Rodriguez ("Rodriguez") had pled no federal statutory or common law federal claim, and that the facts pled would establish one or more claims under California law.

      Garden Grove responds that Rodriguez checked the box "Civil Rights" on the state  Civil Cover Sheet. (Docket No.1, fifth page.) However, there is no indication whether he invokes a federal or state civil right. There are clearly state civil rights under California law. E.g. Cal. Civil Code, § 51.

      The matter is remanded to the Superior Court of the State of California, County of Orange, for want of jurisdiction. Should Rodriguez in fact assert a federal civil rights claims, or any other basis for removal arises, Garden Grove is free to remove at that time.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |